IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| DELMORE TOLBERT, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 3:22-cv-00051 |
| TALIAFARO, INC., | ) ) ) | Judge Trauger |
| Defendant. | ) | |

## ORDER

Pursuant to the Notice of Dismissal filed on June 1, 2023 (Doc. No. 22), it is hereby ORDERED that this case is DISMISSED WITH PREJUDICE, each party to bear responsibility for their own costs and attorney's fees.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge