# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Delmore Tolbert

          Plaintiff,

v.                                                       Case No.: 3:22–cv–00051

Taliafaro, Inc.

          Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 6/5/2023 re [23].

                                                              Lynda M. Hill
                                                  s/ Megan Gregory, Deputy Clerk